In the Matter of DOMILPAT RESTAURANT, INC., Appellant, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.—

Rabin, Acting P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.